

# IN THE
# TENTH COURT OF APPEALS

--------

## No. 10-13-00418-CV

## IN RE HOUSTON PIZZA VENTURE, LP

--------

## Original Proceeding

--------

## MEMORANDUM OPINION

--------

Relator, Houston Pizza Venture, LP, filed a motion to dismiss its Petition for Writ of Mandamus asserting that the parties have reached a final settlement of all claims in the underlying case. Relator also asserts that real parties in interest are unopposed to the motion.

Relator's motion is granted, and the Petition for Writ of Mandamus is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 6, 2014
[CV06]